UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SEY, an individual; and DEBORA L. SEY, an individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THOR MOTOR COACH, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:24-cv-02006-DJC-JDP<br>*(Removed from Yolo County Superior Court Case No. CV2024-1573)*<br><br>**ORDER ON JOINT MOTION OF ALL PARTIES TO TRANSFER VENUE TO FEDERAL COURT FOR THE NORTHERN DISTRICT OF INDIANA IN SOUTH BEND, INDIANA**<br><br>Complaint Filed:　06/21/24<br>Removal Filed:　　07/23/24<br>Trial Date:　　　Not Yet Set |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　　The parties' Joint Motion to Transfer Venue to Indiana Federal Court pursuant to 28 U.S.C. § 1404(a) was presented to the Court on September 13, 2024, the Honorable Daniel J. Calabretta, presiding.

　　　Upon review of the record and all briefing filed by all parties, the Court rules as follows:

　　　IT IS HEREBY ORDERED THAT:

　　　1.　　Based on the provisions in the express warranty issued by Defendant Thor Motor Coach, Inc. that accompanied the sale of the subject vehicle to Plaintiffs, which provides that "Exclusive jurisdiction for deciding legal disputes relating to alleged breach of warranty or

1  representations of any nature rest in the courts within the state of manufacture, which is Indiana",
2  this lawsuit should be transferred to the United States Federal Court for the Northern District of
3  Indiana in South Bend, Indiana; and
4      2.    Pursuant to the Stipulation between the parties, California substantive law,
5  namely, California Song-Beverly Consumer Warranty Act (CA Civil Code § 1790, et
6  seq.), shall continue to apply to all claims before the Court in Indiana.
7      **IT IS SO ORDERED.**
8
9  Dated:  September 17, 2024    /s/ Daniel J. Calabretta
10     THE HONORABLE DANIEL J. CALABRETTA
    UNITED STATES DISTRICT JUDGE